UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Gloria H. Smith, et al.,

       Plaintiffs,

v.

Wayne County, et al.,

       Defendants.

_____/

Case No. 10-14257

Honorable Nancy G. Edmunds

## ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S JUNE 20, 2013 REPORT AND RECOMMENDATION AND APPROVING SETTLEMENT [137]

      Before the Court is the magistrate judge's June 20, 2013 report and recommendation to approve the settlement that the parties have reached in this case. (Dkt. 137.) On June 21, 2013, the parties filed a stipulation waiving "any and all objections" to the report and recommendation. (Dkt. 138.)

      Being fully advised in the premises, the Court accepts and adopts the report and recommendation. The Court will enter the proposed settlement order and an order dismissing this case.

      So ordered.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated:  June 28, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 1, 2013, by electronic and/or ordinary mail.

s/Johnetta M. Curry-Williams
Case Manager
Acting in the Absence of Carol Hemeyer